UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
DENARD BUTLER,                      :
                                    :     ORDER
              Petitioner,           :
                                    :     12 Civ. 3327 (SAS) (DF)
        -against-                   :
                                    :
PHILIP HEATH, Superintendent, Sing Sing :
Correctional Facility,              :
                                    :
              Respondent.           :
------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

      I have reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge Debra Freeman, dated February 18, 2015, which recommends that I deny the petition for writ of habeas corpus brought by pro se petitioner Denard Butler pursuant to 28 U.S.C. § 2241. Although petitioner was given the opportunity to file objections to the R&R by April 19, 2015, he failed to do so. Based on my independent review, I hereby adopt the thorough and thoughtful R&R in full.

      In accordance with the R&R, the instant habeas petition is dismissed with prejudice. Because petitioner's failure to file objections precludes appellate review, this Court will not issue a certificate of appealability. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992) ("We have adopted the rule that failure to object timely to a report waives any

further judicial review of the report."). The Clerk of the Court is directed to dismiss the instant petition and close this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         May 22, 2015

## - Appearances -

**Petitioner (Pro Se):**

Denard Butler
09-A-3804
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

**For Respondent:**

Lisa E. Fleischmann
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
(212) 416-8802